IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUNKIN DONUTS FRANCHISING LLC, et al.,** : | | |
| Plaintiffs, : | **CIVIL ACTION** | |
| : | **No.14-2293** | |
| v. : | | |
| : | | |
| **CLAUDIA III, LLC, et al.,** : | | |
| Defendants. : | | |

## **ORDER**

On this 11th day of August, 2014, upon consideration of plaintiffs' motion for a preliminary injunction, defendants' response, and evidence and argument presented at a hearing on June 23, 2014 it is **ORDERED** that plaintiffs' motion for a preliminary injunction is **DENIED.**

      /s/ Gerald Austin McHugh
United States District Court Judge