Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022

By:   Craig R. Tractenberg Pa. Id. 34636
      (212) 940-3722 (Telephone)
      (866) 852-2714 (Facsimile)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DUNKIN' DONUTS FRANCHISING LLC, DD IP HOLDER LLC, and BASKIN-ROBBINS FRANCHISING LLC,**<br>　　　　　　　　**Plaintiffs,**<br><br>　　　　　- vs. -<br><br>**CLAUDIA III, LLC, et. al.**<br><br>　　　　　　　　**Defendants.** | **C.A. NO.: 14-CV-2293** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
**AGAINST DEFENDANTS**

Plaintiffs Dunkin' Donuts Franchising LLC, DD IP Holder LLC, and Baskin-Robbins Franchising LLC, by their counsel, move for a preliminary injunction against Defendants to enjoin Defendants from holding themselves out as an authorized franchisee at 230 Route 313, #1, Perkasie, PA 18944, and to de-image and de-identify the location. The basis of the motion is Defendant Claudia III, LLC has refused to report weekly sales, pay royalties and advertising fees, maintain the appearance of the restaurant, and the franchise agreement authorizing operation of the franchised location was terminated because of this material default and repudiation of the franchise relationship.

The motion is based upon the Certification of Gary Zullig and the Memorandum of Law.

Dated March 2, 2015

                              Respectfully submitted,

                              s/ Craig R. Tractenberg
                              Craig R. Tractenberg, Esq. (Pa. ID #34636)
                              Nixon Peabody LLP
                              PA ID No. 34636
                              1515 Market Street
                              Suite 1200
                              Philadelphia, PA  19102
                              (215) 246-3525
                              Attorneys for Plaintiffs

4838-8373-6606.1