Nixon Peabody LLP
437 Madison Avenue
New York, New York 10022

By:    Craig R. Tractenberg Pa. Id. 34636
        (212) 940-3722 (Telephone)
        (866) 852-2714 (Facsimile)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DUNKIN' DONUTS FRANCHISING LLC, DD IP HOLDER LLC, and BASKIN-ROBBINS FRANCHISING LLC,**<br>       **Plaintiffs,**<br><br>      - vs. -<br><br>**CLAUDIA III, LLC, et. al.**<br><br>       **Defendants.** | **C.A. NO.: 14-CV-2293** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**
**AGAINST DEFENDANTS**

  Plaintiffs Dunkin' Donuts Franchising LLC, DD IP Holder LLC, and Baskin-Robbins Franchising LLC, by their counsel, move for summary judgment against Defendants on all counts of the complaint against Defendants, seeking permanent injunction to enjoin Defendants from holding themselves out as an authorized franchisee at 230 Route 313, #1, Perkasie, PA 18944. The basis of the motion is Defendant Claudia III, LLC has refused to report weekly sales, pay roylaties and advertising fees , maintain the appearance of the restuarant, and the franchise agreement authorizing operation of the franchised location was terminated because of this material default and repudiation of the franchise relationship.

4838-8373-6606.1

The motion is based upon the Certification of Gary Zullig and the Memorandum of Law.

Dated March 2, 2015

                                      Respectfully submitted,

                                      s/ Craig R. Tractenberg
                                      Craig R. Tractenberg, Esq. (Pa. ID #34636)
                                      Nixon Peabody LLP
                                      PA ID No. 34636
                                      1515 Market Street
                                      Suite 1200
                                      Philadelphia, PA  19102
                                      (215) 246-3525
                                      Attorneys for Plaintiffs