# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUNKIN DONUTS FRANCHISING LLC, et al.,** | : | |
| Plaintiffs, | : | **CIVIL ACTION** |
| | : | |
| | : | **No.14-2293** |
| v. | : | |
| | : | |
| **CLAUDIA III, LLC, et al.,** | : | |
| Defendants. | : | |

## ORDER

On this 23rd day of March, 2015, it is **ORDERED** that Defendants shall have ten days from the date of this Order to provide the writing described in the Court's Order of March 9, 2015.

      /s/ Gerald Austin McHugh
United States District Court Judge