# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUNKIN DONUTS FRANCHISING LLC, et al.,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | No.14-2293 |
| v. | : | |
| | : | |
| **CLAUDIA III, LLC, et al.,** | : | |
| Defendants. | : | |

## ORDER

This 14th day of July, 2015, upon consideration of Plaintiffs' Motion for Summary Judgment, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Summary judgment is **GRANTED.**

2. The Preliminary Injunction this Court issued April 15, 2015, shall be permanent.

3. A final hearing on damages shall be scheduled.

      /s/ Gerald Austin McHugh
United States District Court Judge