# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUNKIN DONUTS FRANCHISING LLC, et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | No.14-2293 |
| v. | : | |
| CLAUDIA III, LLC, et al., | : | |
| Defendants. | : | |

## ORDER

This 14th day of September, 2015, following a hearing held on September 2, 2015 regarding Plaintiffs' Petition for Contempt, so as to memorialize and confirm the Orders issued from the bench, it is **FURTHER ORDERED** as follows:

1. The "Dublin' Donuts" sign shall not be displayed at Plaintiffs' location;

2. Dunkin' Trade Dress appearing on a pole, along with a coffee and donuts sign, shall be removed by October 1, 2015.

3. Carmelita Marotta will cease selling Baskin' Robbins and Dunkin' Donuts branded products immediately.

4. This Court shall maintain jurisdiction over Plaintiffs' Petition for Contempt to enforce the Orders articulated above.

          /s/ Gerald Austin McHugh
United States District Court Judge