IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DUNKIN' DONUTS FRANCHISING LLC, DD IP HOLDER LLC and BASKIN-ROBBINS FRANCHISING LLC,** <br><br> Plaintiffs, <br><br> - vs. - <br><br> **CLAUDIA III, LLC, et. al.** <br><br> Defendants. | C.A. NO.: 14-CV-2293 <br><br><br><br> **WITHDRAWAL OF APPEARANCE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

<u>**WITHDRAWAL OF APPEARANCE**</u>

TO THE CLERK:

Please withdraw the appearance of Frank A. Mazzeo of the law firm of Ryder, Lu, Mazzeo & Konieczny LLC as counsel in this matter on behalf of Joseph Pileggi, who is not a party to this matter, but has been named in the plaintiffs' Petition for Contempt.

                                                        Respectfully submitted,

                                                        Ryder, Lu, Mazzeo & Konieczny LLC

Dated: <u>September 24, 2015</u>                 By: <u>/FrankAMazzeo/</u>
                                                        Frank A. Mazzeo
                                                        808 Bethlehem Pike, Suite 200
                                                       Colmar, PA 18915
                                                       215-997-0248 (t)
                                                       215-997-0266 (f)
                                                       fmazzeo@ryderlu.com
                                                       *Attorneys for Joseph Pileggi*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2015, a true and correct copy of the foregoing Withdrawal of Appearance was served via ECF electronic filing to the following attorneys of record:

Craig R. Tractenberg, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, New York 1002
(212) 940-3722 (t)
(866) 852-2714 (f)
*Attorneys for Plaintiffs*

Dated: <u>September 24, 2015</u>                    By: <u>/DenisYanishevskiy/</u>
                                              Denis Yanishevskiy