# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DUNKIN' DONUTS FRANCHISING LLC, DD IP HOLDER LLC and BASKIN-ROBBINS FRANCHISING LLC, | |
| **Plaintiffs,** | **C.A. NO.: 14-CV-2293** |
| - vs. - | |
| CLAUDIA III, LLC, et. al. | **WITHDRAWAL OF APPEARANCE** |
| **Defendants.** | |

## TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Denis Yanishevskiy of the law firm of Ryder, Lu, Mazzeo & Konieczny LLC as counsel in this matter on behalf of Joseph Pileggi, who is not a party to this matter, but has been named in the plaintiffs' Petition for Contempt.

Respectfully submitted,

Ryder, Lu, Mazzeo & Konieczny LLC

Dated: September 24, 2015

By: /DenisYanishevskiy/
Denis Yanishevskiy
808 Bethlehem Pike, Suite 200
Colmar, PA 18915
215-997-0248 (t)
215-997-0266 (f)
dyanishevskiy@ryderlu.com
*Attorneys for Joseph Pileggi*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 24, 2015, a true and correct copy of the foregoing

Withdrawal of Appearance was served via ECF electronic filing to the following attorneys of

record:

Craig R. Tractenberg, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, New York 1002
(212) 940-3722 (t)
(866) 852-2714 (f)
*Attorneys for Plaintiffs*

Dated: <u>September 24, 2015</u>                    By: <u>/DenisYanishevskiy/</u>
                                                                        Denis Yanishevskiy