# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUNKIN' DONUTS FRANCHISING, LLC, ET AL.** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 14-2293 |
| | : | |
| **CLAUDIA III, LLC, ET AL.** | : | |

## ORDER

This 29th day of February, 2016, it is hereby **ORDERED** that being informed that defendant Manfred P. Marotta is currently incarcerated, this case is placed in **CIVIL SUSPENSE**. It is further **ORDERED** that promptly upon Mr. Marotta's release from prison, defendants are to inform the Court that this case may be removed from SUSPENSE, and a Status Hearing will be scheduled.

                                                /s/ Gerald Austin McHugh
                                        United States District Court Judge