# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUNKIN' DONUTS FRANCHISING, LLC, ET AL.** | : : : | |
| **v.** | : : | **CIVIL ACTION NO. 14-2293** |
| **CLAUDIA III, LLC, ET AL.** | : | |

## **ORDER**

This 17th day of January, 2018, this case having been placed in Civil Suspense as a result of Mr. Marotta's incarceration, and directing defendants in this Court's Order dated February 29, 2016, to inform the Court promptly as to his release, it is hereby **ORDERED** that all parties file a report on or before Wednesday, **January 24, 2018**, as to the current status of this matter.

                                                                            /s/ Gerald Austin McHugh
                                                        United States District Judge